# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**NORFOLK/NEWPORT NEWS DIVISION**

Wednesday, February 15, 2012

**MINUTES OF PROCEEDINGS IN**    Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                    Reporter: Sharon Borden, OCR

| Set: 9:30 a.m. | Started: 9:30 a.m.<br>4:10 p.m.<br>4:25 p.m. | Ended: 2:35 p.m.<br>4:15 p.m.<br>4:40 p.m. |
|---|---|---|

| Case No.   4:11cr102 |
|---|
| United States of America |
| v. |
| Justin Marcellus Norman, Defendant |
| |
| Howard Zlotnick, AUSA and Andrew Creighton, AUSA appeared on behalf of the Government. |
| Bryan Saunders, c/a appeared with defendant Justin Norman, in custody. |
| |
| Matter came on for Day #2 of trial by jury. |
| Petit jurors (12 & 1 alternate) appeared pursuant to adjournment last evening, 2/14/12. |
| Government continued presentation of evidence - witnesses sworn and testified. |
| Evidence admitted – Objections heard and rulings made on the record. |
| Government rest. |
| Stipulations read into the record. |
| Out of the presence of the jury, defense motion for a directed verdict on counts 1 and 2 – argued – Court takes matter under advisement. |
| Out of the presence of the jury, Court advises deft. of right to testify – deft. will not testify. |
| Court Later reserves ruling on the question. |
| |
| (Lunch recess: 12:20pm – 1:15pm) |

| Case No.4:11cr102 USA v. Justin Marcellus Norman | | Continuation... Page 2 |
| --- | --- | --- |

Out of the presence of the jury, defense rests.

Out of the presence of the jury, charge conference conducted Court and Counsel reviewed jury instructions.

Closing arguments heard.

Jury received Court's charge and instruction, alternate juror excused.

Remaining (12) jurors retired with instructions to begin their deliberations.

Outside of the presence of the jury, Court and counsel discussed and answered question of the jury.

Jury later returned with a verdict – Verdict read into the record – Jury Verdict filed in open court.

Court excused jurors from service.

Cnsl. directed to file written motions as provided by the Rules.

Sentencing Procedures Order furnished to deft, executed and filed in open court.

Sentencing scheduled for 5/16/12 at 11:30 a.m. in Norfolk.

Court GRANTS Govt. motion to substitute sensitive exhibits for photos.

Court adjourned.

Defendant remanded to custody of USMS.