**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**



UNITED STATES OF AMERICA,

v.                                                          CRIMINAL ACTION NO. 4:11cr102

JUSTIN MARCELLUS NORMAN,

           Defendant.

*VERDICT FORM*

WE, THE JURY, FIND **THE DEFENDANT JUSTIN MARCELLUS NORMAN:**

**COUNT 1:**  ASSAULT WITH INTENT TO COMMIT MURDER

        GUILTY _____          NOT GUILTY __X__

**LESSER INCLUDED OFFENSE:** SIMPLE ASSAULT

        GUILTY __X__          NOT GUILTY _____

**COUNT 2:**  USING OR CARRYING A FIREARM DURING AND IN RELATION TO A

CRIME OF VIOLENCE

        GUILTY _____          NOT GUILTY __X__

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

REDACTED COPY

**COUNT 3:**    CONVICTED FELON IN POSSESSION OF A FIREARM

GUILTY _X____        NOT GUILTY _____

DATE: _February 15, 2012_

FOREPERSON'S SIGNATURE